# NOVEMBER 10, 1937

WARREN C. BARKER v. THE STATE.

No. 19189. Delivered November 10, 1937.

The opinion states the case.

*Clark Wills,* of Fort Worth, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before this court without statement of facts or bills of exception.

In the absence of the evidence adduced upon the trial this court is unable to appraise the matters presented in the motion for new trial.

Finding no error justifying a reversal, the judgment of the trial court is affirmed.

*Affirmed.*